# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 16, 2023

*By the Court:*

| | |
|---|---|
| No. 23-1825 | CALEB BARNETT, et al.,<br>    Plaintiffs - Appellees<br>v.<br>KWAME RAOUL and BRENDAN F. KELLY,<br>    Defendants - Appellants |
| No. 23-1826 | DANE HARREL, et al.,<br>    Plaintiffs - Appellees<br>v.<br>KWAME RAOUL and BRENDAN F. KELLY,<br>    Defendants - Appellants |
| No. 23-1827 | JEREMY W. LANGLEY, et al.,<br>    Plaintiffs - Appellees<br>v.<br>BRENDAN KELLY,<br>    Defendant - Appellant |
| No. 23-1828 | FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,<br>    Plaintiffs - Appellees<br>v.<br>JAY ROBERT PRITZKER, et al.,<br>    Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:23-cv-00209-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00141-SPM<br>Southern District of Illinois |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00192-SPM<br>Southern District of Illinois |
| **Originating Case Information:** |

District Court No: 3:23-cv-00215-SPM
**Southern District of Illinois**

The following is before the court:

1. **MOTION FOR LEAVE TO FILE AMICUS BRIEF**, filed on May 10, 2023, by the non-party pro se amicus John Cutonilli.

2. **MOTION TO REGISTER AS AN ECF FILER**, filed on May 10, 2023, by the non-party pro se amicus John Cutonilli,

**IT IS ORDERED** that the motion to file an amicus brief is **DENIED**. The court has already ruled on the request for a stay.

**IT IS FURTHER ORDERED** that the motion to register as an ECF filer is **GRANTED**. Non-party John Cutonilli is granted leave to use the Electronic Case Filing system for this appeal. This court's Electronic Case Filing Procedures, the Electronic Case Filing User Manual, and answers to frequently asked questions regarding Electronic Case Filing are available at the Seventh Circuit's web site: http://www.ca7.uscourts.gov. The court will terminate Cutonilli's filing user status upon the termination of the case, termination of the litigant's pro se status, or for any abuse of filing privileges.

form name: **c7_Order_BTC**     (form ID: **178**)